# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KHOR CHIN LIM,**
        **Plaintiff,**

v.                                                  **Case No. 11-CV-00748**

**COURTCALL INC., et al.**
        **Defendant.**

## ORDER

In this lawsuit, plaintiff alleges that several defendants, including a company that facilitates telephonic appearances in court cases, engaged in a conspiracy to deprive him of his constitutional rights by misinforming him as to the date and time of a hearing in a California court. This case was assigned to my docket because plaintiff listed it as related to two cases already pending before me: 11-cv-00666, and 11-cv-00708.

Under Civil L. R. 3(b),

> Where the Civil Cover Sheet discloses a pending related civil action, the new civil action will be assigned to the same judge. Factors to be considered in determining whether the actions are related include whether the actions: (i) arise from substantially the same transaction or events; (ii) involve substantially the same parties or property; or (iii) involve the same patent, trademark, or copyright. The judge to whom the action with the lower case number is assigned will resolve any dispute as to whether the actions are related.

After considering the factors listed in the local rule, I find that this case is not related to either 11-cv-00666 or 11-cv-00708. Case number 11-cv-00666 alleges that a different group of defendants violated federal law by engaging in bank fraud, and case number 11-cv-00708 alleges that yet another group of defendants conducted illegal electronic surveillance of plaintiff's home and committed several torts against plaintiff. The only overlap between the three cases is that Goh Chok Tong, a former Prime Minister of Singapore, is named as a

-1-
Case 2:11-cv-00748-RTR   Filed 09/14/11   Page 1 of 2   Document 34

defendant in all three cases, and Scott Walker, the Governor of Wisconsin, is named as a defendant in two of the three cases. Otherwise, each case presents a distinct set of facts and legal issues. Therefore, I find that this case is not related to either 11-cv-00666 or 11-cv-00708.

For the reasons stated, **IT IS ORDERED** that this case be returned to the clerk's office for random reassignment.

Dated at Milwaukee, Wisconsin, this 14th day of September, 2011.

s/_____
LYNN ADELMAN
District Court Judge